# PLAINTIFFS' EXHIBIT A

## Plaintiffs' Declarations Regarding Venue for Class Action

---

*In The Case Of*

**Heather McDonald, et al,**
**v.**
**Emmanuel Dapidran Pacquiao, et al**

**3:15-cv-01006-JLS-BGS**

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**RKR LEGAL, APC**
Sina Rezvanpour, Esq. (274769)
sr@rkrlegal.com
Seyed Kazerouni, Esq. (272148)
mk@rkrlegal.com
245 Fischer Ave, Suite D1
Costa Mesa, California 92626
Telephone: (866) 502-0787
Facsimile: (866) 502-5065

*Attorneys for Plaintiffs,*
Heather McDonald, et al.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER MCDONALD, PAYMAN SHAHIN, ANGELA THILL, GARY REMPEL, WENDY MELLINE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**EMMANUEL DAPIDRAN PACQUIAO; TOP RANK, INC.,**<br><br>Defendants. | Case No.:<br><br>**Declaration of Heather McDonald in Support of Venue for Class Action Complaint Pursuant to Civil Code Section 1780(c)** |

*Sidebar text:* KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

I Heather McDonald, declare under penalty of perjury as follows:

1.  I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, which I believe to be true. I am over the age of eighteen, a citizen of the State of California, and am a named Plaintiff in the litigation described in the caption page of this declaration.

2.  This declaration is made pursuant to California Civil Code section 1780(c).

3.  I reside in San Diego, California which is in the County of San Diego.

4.  The complaint filed concurrently with this declaration contains a cause of action for violation of the Consumer Legal Remedies Act against the above named Defendants which advertise, and sell the pay-per-view services at issue in the complaint.

5.  I purchased the pay-per-view for the Mayweather vs. Pacquiao fight (the "Bout") on May 2, 2015, while located in San Diego, California, which is in the Southern District of California, on or about May 2, 2015. The Bout pay- per-view I purchased is at issue in this complaint in this matter.

6.  The transaction described above form a substantial portion of this action, and occurred in the Southern District of California and the County of San Diego. To the best of my knowledge, based upon information and belief, Defendants do business in the Southern District of California and San Diego County, California, and advertise and markets their products, including the products at issue in this complaint, in the Southern District of California and San Diego County California. Accordingly, this judicial district is a proper place for trial of this action.

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1    I declare under penalty of perjury under the laws of California and the

2 United States of America that the foregoing is true and correct.

3

4    Executed this day of May _____, 2015 in San Diego, California.

5

6

7

8                                               Heather McDonald

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

DECLARATION OF HEATHER MCDONALD ISO VENUE                    PAGE 3 OF 3

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**RKR LEGAL, APC**
Sina Rezvanpour, Esq. (274769)
sr@rkrlegal.com
Seyed Kazerouni, Esq. (272148)
mk@rkrlegal.com
245 Fischer Ave, Suite D1
Costa Mesa, California 92626
Telephone: (866) 502-0787
Facsimile: (866) 502-5065

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Heather McDonald, et al.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER MCDONALD, PAYMAN SHAHIN, ANGELA THILL, GARY REMPEL, WENDY MELLINE INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**EMMANUEL DAPIDRAN PACQUIAO; TOP RANK, INC.,**<br><br>Defendants. | Case No.:<br><br>**Declaration of Wendy Melline in Support of Venue for Class Action Complaint Pursuant to Civil Code Section 1780(c)** |

I Wendy Melline, declare under penalty of perjury as follows:

1.  I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, which I believe to be true. I am over the age of eighteen, a citizen of the State of California, and am a named Plaintiff in the litigation described in the caption page of this declaration.

2.  This declaration is made pursuant to California Civil Code section 1780(c).

3.  I reside in Pinon Hills, California which is in the County of San Bernardino.

4.  The complaint filed concurrently with this declaration contains a cause of action for violation of the Consumer Legal Remedies Act against the above named Defendants which advertise, and sell the pay-per-view services at issue in the complaint.

5.  I purchased the pay-per-view for the Mayweather vs. Pacquiao fight (the "Bout") on May 2, 2015, while located in Pinon Hills, California, which is in the Central District of California, on or about May 2, 2015. The Bout pay-per-view I purchased is at issue in this complaint in this matter.

6.  The transaction described above form a substantial portion of this action, and occurred in the Central District of California and the County of San Bernardino. To the best of my knowledge, based upon information and belief, Defendants do business in the Central District of California and San Bernardino County, California, and advertise and markets their products, including the products at issue in this complaint, in the Central District of California and San Bernardino County California. Accordingly, this judicial district is a proper place for trial of this action.

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1        I declare under penalty of perjury under the laws of California and the

2    United States of America that the foregoing is true and correct.

3

4        Executed this day of May ___18___, 2015 in Pinon Hills, California.

5

6

7    _____

8        Wendy Melline

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

---

**DECLARATION OF WENDY MELLINE ISO VENUE**                    PAGE 3 OF 3

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**RKR LEGAL, APC**
Sina Rezvanpour, Esq. (274769)
sr@rkrlegal.com
Seyed Kazerouni, Esq. (272148)
mk@rkrlegal.com
245 Fischer Ave, Suite D1
Costa Mesa, California 92626
Telephone: (866) 502-0787
Facsimile: (866) 502-5065

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Heather McDonald, et al.

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER MCDONALD, PAYMAN SHAHIN, ANGELA THILL, GARY REMPEL, WENDY MELLINE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**EMMANUEL DAPIDRAN PACQUIAO; TOP RANK, INC.,**<br><br>Defendants. | **Case No.:**<br><br>**Declaration of Gary Rempel in Support of Venue for Class Action Complaint Pursuant to Civil Code Section 1780(c)** |

I Gary Rempel, declare under penalty of perjury as follows:

1.  I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, which I believe to be true.  I am over the age of eighteen, a citizen of the State of California, and am a named Plaintiff in the litigation described in the caption page of this declaration.

2.  This declaration is made pursuant to California Civil Code section 1780(c).

3.  I reside in Vista, California which is in the County of San Diego.

4.  The complaint filed concurrently with this declaration contains a cause of action for violation of the Consumer Legal Remedies Act against the above named Defendants which advertise, and sell the pay-per-view services at issue in the complaint.

5.  I purchased the pay-per-view for the Mayweather vs. Pacquiao fight (the "Bout") on May 2, 2015, while located in Vista, California, which is in the Southern District of California, on or about May 2, 2015.  The Bout pay-per-view I purchased is at issue in this complaint in this matter.

6.  The transaction described above form a substantial portion of this action, and occurred in the Southern District of California and the County of San Diego.  To the best of my knowledge, based upon information and belief, Defendants do business in the Southern District of California and San Diego County, California, and advertise and markets their products, including the products at issue in this complaint, in the Southern District of California and San Diego County California.  Accordingly, this judicial district is a proper place for trial of this action.

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

DECLARATION OF GARY REMPEL ISO VENUE                    PAGE 2 OF 3

1    I declare under penalty of perjury under the laws of California and the
2    United States of America that the foregoing is true and correct.

4    Executed this day of May ___13___, 2015 in Vista, California.

7                                    _Gary Rempel_
8                                    Gary Rempel

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**RKR LEGAL, APC**
Sina Rezvanpour, Esq. (274769)
sr@rkrlegal.com
Seyed Kazerouni, Esq. (272148)
mk@rkrlegal.com
245 Fischer Ave, Suite D1
Costa Mesa, California 92626
Telephone: (866) 502-0787
Facsimile: (866) 502-5065

*Attorneys for Plaintiffs,*
Heather McDonald, et al.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER MCDONALD, PAYMAN SHAHIN, ANGELA THILL, GARY REMPEL, WENDY MELLINE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**EMMANUEL DAPIDRAN PACQUIAO; TOP RANK, INC.,**<br><br>Defendants. | Case No.:<br><br>**Declaration of Payman Shahin in Support of Venue for Class Action Complaint Pursuant to Civil Code Section 1780(c)** |

*(sidebar)* KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1  I Payman Shahin, declare under penalty of perjury as follows:

2  1.  I make this declaration based upon my personal knowledge except as to those
3      matters stated herein that are based upon information and belief, which I
4      believe to be true. I am over the age of eighteen, a citizen of the State of
5      California, and am a named Plaintiff in the litigation described in the caption
6      page of this declaration.

7  2.  This declaration is made pursuant to California Civil Code section 1780(c).

8  3.  I reside in [City], California which is in the County of Orange.

9  4.  The complaint filed concurrently with this declaration contains a cause of
10     action for violation of the Consumer Legal Remedies Act against the above
11     named Defendants which advertise, and sell the pay-per-view services at
12     issue in the complaint.

13 5.  I purchased the pay-per-view for the Mayweather vs. Pacquiao fight (the
14     "Bout") on May 2, 2015, while located in [City], California, which is in the
15     Central District of California, on or about May 2, 2015. The Bout pay-per-
16     view I purchased is at issue in this complaint in this matter.

17 6.  The transaction described above form a substantial portion of this action, and
18     occurred in the Central District of California and the County of Orange. To
19     the best of my knowledge, based upon information and belief, Defendants do
20     business in the Central District of California and Orange County, California,
21     and advertise and markets their products, including the products at issue in
22     this complaint, in the Central District of California and Orange County
23     California. Accordingly, this judicial district is a proper place for trial of
24     this action.

25 ///
26 ///
27 ///
28

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1    I declare under penalty of perjury under the laws of California and the

2    United States of America that the foregoing is true and correct.

3

4    Executed this day of May __11__, 2015 in [City], California.

5

6

7

8    Payman Shahin

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**RKR LEGAL, APC**
Sina Rezvanpour, Esq. (274769)
sr@rkrlegal.com
Seyed Kazerouni, Esq. (272148)
mk@rkrlegal.com
245 Fischer Ave, Suite D1
Costa Mesa, California 92626
Telephone: (866) 502-0787
Facsimile: (866) 502-5065

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Heather McDonald, et al.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER MCDONALD, PAYMAN SHAHIN, ANGELA THILL, GARY REMPEL, WENDY MELLINE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**EMMANUEL DAPIDRAN PACQUIAO; TOP RANK, INC.,**<br><br>Defendants. | Case No.:<br><br>**Declaration of Angela Thill in Support of Venue for Class Action Complaint Pursuant to Civil Code Section 1780(c)** |

I Angela Thill, declare under penalty of perjury as follows:

1. I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, which I believe to be true. I am over the age of eighteen, a citizen of the State of California, and am a named Plaintiff in the litigation described in the caption page of this declaration.

2. This declaration is made pursuant to California Civil Code section 1780(c).

3. I reside in Oceanside, California which is in the County of San Diego.

4. The complaint filed concurrently with this declaration contains a cause of action for violation of the Consumer Legal Remedies Act against the above named Defendants which advertise, and sell the pay-per-view services at issue in the complaint.

5. I purchased the pay-per-view for the Mayweather vs. Pacquiao fight (the "Bout") on May 2, 2015, while located in Oceanside, California, which is in the Southern District of California, on or about May 2, 2015. The Bout pay- per-view I purchased is at issue in this complaint in this matter.

6. The transaction described above form a substantial portion of this action, and occurred in the Southern District of California and the County of San Diego. To the best of my knowledge, based upon information and belief, Defendants do business in the Southern District of California and San Diego County, California, and advertise and markets their products, including the products at issue in this complaint, in the Southern District of California and San Diego County California. Accordingly, this judicial district is a proper place for trial of this action.

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1    I declare under penalty of perjury under the laws of California and the

2  United States of America that the foregoing is true and correct.

3

4    Executed this day of May _12_, 2015 in Oceanside, California.

5

6

7                                 _Angela Thill_

8                                 Angela Thill

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626